JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER,<br><br>    Plaintiff,<br><br>  v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut Corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-09607-DSF-JC<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: October 20, 2020<br>Trial Date:   Not on Calendar |

1  Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's ("Plaintiff") action against Defendant St. Paul Fire and Marine Insurance Company ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

IT IS SO ORDERED.

DATED:  December 29, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE